UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re                                              Case No. 12-31272-JKO
                                                   Chapter 7
**Maria C. Renzi**




                **Debtor.**
_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(X)   The Trustee has a balance of $11,976.11 remaining in bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )   The Trustee has a balance of $0.00 remaining in bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: January 15, 2016              */s/ Marc P. Barmat, Trustee*
                                     Marc P. Barmat
                                     2255 Glades Road, Suite 337W
                                     Boca Raton, FL 33431
                                     Telephone: (561) 395-0500
                                     Facsimile: (561) 338-7532
                                     Email: barmat.trustee@furrcohen.com

**NAME:**     **RENZI, MARIA C.**

**CASE NO:**    **12-31272-JKO**

| Claim # | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 5 | Kinka, LLC<br>C/o Jerrold A. Coff, Esq.<br>4400 Northcorp Parkway<br>Suite 220<br>Palm Beach Gardens, FL 33410 | $377,159.83 | $11,976.11 |
| **Total:** | | | **$11,976.11** |